AO245D (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| | (For **Revocation** of Probation or Supervised Release) |
| V. | |
| | Case Number: 8:07-CR-44-T-24MSS |
| CHRISTOPHER HOWARD ASBURY | USM Number: 65382-061 |
| / | |
| | _____Maria Guzman, AFPD_____ |
| | Defendant's Attorney |

**THE DEFENDANT:**

__X__ admitted guilt to violation of conditions One, Two , Three and Five of the terms of supervision. See below.

| | | |
|---|---|---|
| 1 | Failure to Submit Written Monthly Reports Violation of Condition 2 of the Standard Conditions of Supervision | February, 2007 |
| 2 | Failure to Report in Violation of Condition 2 of the Standard Conditions of Supervision | March 8, 2007 |
| 3 | Failure to Work Regularly at a Law Occupation in Violation of Condition 5 Of the Standard Conditions of Supervision | April, 2007 |
| 5 | Failure to Participate in Mental Health Counseling in Violation of the Special Condition | March 6, 2007 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Judgment: April 11th, 2007

_____
SUSAN C. BUCKLEW
UNITED STATES DISTRICT JUDGE

Date _____April 11th, 2007_____

AO 245D  (Rev. 12/03) Judgment in a Criminal Case for Revocation
Sheet 2 - Imprisonment

DEFENDANT:   CHRISTOPHER HOWARD ASBURY     Judgment - Page __2__ of __2__
CASE NUMBER:  8:07-CR-44-T-24MSS

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of *THIRTY DAYS (30) DAYS WITH NO TERM OF SUPERVISED RELEASE TO FOLLOW. Defendant is to receive credit for time served as of April 1ˢᵗ, 2007.*

_____ The Court makes the following recommendations to the Bureau of Prisons:

__X__ The defendant is remanded to the custody of the United States Marshal.

_____ The defendant shall surrender to the United States Marshal for this district:

    ___ at _____ a.m.   p.m. on _____.

    ___ as notified by the United States Marshal.

_____ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ___ before 2 p.m. on _____.

    ___ as notified by the United States Marshal.

    ___ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL